

# Fourth Court of Appeals
## San Antonio, Texas

August 29, 2019

No. 04-19-00572-CV

**IN THE INTEREST OF J.G.C., JR., ET AL CHILDREN,**

From the County Court, Jim Wells County, Texas
Trial Court No. 16-03-55745-CV
Honorable Michael Ventura Garcia, Judge Presiding

# O R D E R

Patricia Morales' notification of late reporter's record is hereby GRANTED. Time is extended to September 10, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of August, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court